NARISSA A. JOSEPH, ESQ.
305 Broadway, Suite 1001
New York, New York 10007
Tel: (212) 233-3060
Fax: (646) 607-3335
Email: njosephlaw@aol.com

*Attorney for Tamir Norton*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
In re:

      TAMIR NORTON,

            Debtor.

Chapter 13

Case No. 1-25-45164-ess

-------------------------------------------------------X

ECP PROPERTY II LLC,

            Plaintiff,

Adv. Pro. No. [To Be Assigned]

v.

JOSEPH S. NORTON, 29 KERMIT PLACE LLC,
31 KERMIT OWNER LLC, 35 KERMIT PLACE LLC,    Index No. 502651/2022
771 HOPKINSON BOYLAND LLC, TAMEKA NORTON,
NOEL NORTON, TAMIR NORTON, CARLOTTA NORTON,
SARATOGA LIVONIA LLC, SMART KIDS R US, INC.,
JEHOVAH-JIREH EL SHADDAI, LLC, and
DOE, INC. 1 through 10 and
JOHN AND/OR JANE DOES 1 through 10,

            **Defendants.**

-------------------------------------------------------X

NOTICE OF REMOVAL OF STATE COURT ACTION TO UNITED STATES BANKRUPTCY COURT UNDER 28 U.S.C. § 1452 AND RULE 9027(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Tamir Norton ("Removing Defendant"), by and through his undersigned counsel Narissa A. Joseph, Esq., hereby gives notice and removes to the United States Bankruptcy Court, Eastern

District of New York, under 28 U.S.C. § 1452 and Rule 9027(a) of the Federal Rules of Bankruptcy Procedure, the civil action pending in the Supreme Court of the State of New York, County of Kings, entitled ECP Property II LLC v. Joseph S. Norton, et al., Index No. 502651/2022 (the "State Action"), and in support thereof respectfully represents as follows:

1. On October 26, 2025, Tamir Norton filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of New York, Case No. 1-25-4164-ess (the "Bankruptcy Case"). The Bankruptcy Case is currently pending before the Honorable Elizabeth S. Stong.
2. The State Action was commenced by ECP Property II LLC ("Plaintiff") on or about January 27, 2022, by the filing of a Summons and Verified Complaint in the Supreme Court of the State of New York, County of Kings. An Amended Supplemental Complaint was filed on or about October 2, 2023, and an Answer to the Amended Complaint was filed by certain defendants (including Tamir Norton) on or about July 14, 2025.
3. The State Action asserts claims for fraudulent conveyance under New York Debtor and Creditor Law §§ 273-a and 276, civil conspiracy, and accounting, arising from alleged transfers of assets by Joseph S. Norton (a co-defendant and relative of Tamir Norton) to various entities and individuals, including Tamir Norton. Specifically, the Fourth Cause of Action in the Amended Supplemental Complaint alleges fraudulent conveyance against Tamir Norton regarding the "Saratoga Interest Transfer" (transfer of membership interest in Saratoga Livonia, LLC). Other causes of action involve related entities and parties.
4. On August 28, 2025, the state court entered a Decision and Order granting partial summary judgment to Plaintiff on the First, Third, and Sixth Causes of Action, but leaving other claims unresolved, including the Fourth Cause of Action against Tamir Norton. The order was entered on September 2, 2025, with Notice of Entry served on September 3, 2025. The State Action remains pending as to unresolved claims.
5. Upon the filing of the Bankruptcy Case, an automatic stay arose under 11 U.S.C. § 362(a), staying the State Action as to Tamir Norton. On January 6, 2026, the Bankruptcy Court entered an order lifting the automatic stay to permit Plaintiff to proceed in the State Action against Tamir Norton.

6. This Notice of Removal is timely filed pursuant to Federal Rule of Bankruptcy Procedure 9027(a)(3), as it is filed within 30 days after entry of the order terminating the automatic stay (i.e., on or before February 6, 2026).

7. This Court has jurisdiction over the State Action pursuant to 28 U.S.C. § 1334(b), as the claims are "related to" the Bankruptcy Case under Title 11. More importantly, the claims now belong to the Chapter 13 trustee and not to the plaintiff. The outcome of the State Action could conceivably have an effect on the bankruptcy estate, including potential recovery of assets allegedly transferred to or through Tamir Norton, which may constitute property of the estate under 11 U.S.C. § 541 or affect the administration of the estate, creditor distributions, or Tamir Norton's discharge. The claims involve allegations of fraudulent transfers that parallel avoidance powers under the Bankruptcy Code (e.g., 11 U.S.C. §§ 548, 549).

8. Removal is proper under 28 U.S.C. § 1452(a), as this is a civil action (other than a proceeding before the United States Tax Court or a civil action by a governmental unit to enforce such governmental unit's police or regulatory power) over which the district court has jurisdiction under 28 U.S.C. § 1334. Venue is proper in this district pursuant to 28 U.S.C. § 1409, as the Bankruptcy Case is pending here.

9. No prior notice of removal of the State Action has been filed.

10. Attached hereto as exhibits are true and correct copies of the following pleadings and orders from the State Action:

- Exhibit A: Summons (filed January 27, 2022)
- Exhibit B: Verified Complaint (filed January 27, 2022)
- Exhibit C: Amended Supplemental Complaint (filed November 4, 2024, as Exhibit 10 to motion)
- Exhibit D: Answer to Amended Complaint (filed July 14, 2025)
- Exhibit E: Decision and Order on Motion (dated August 28, 2025, entered September 2, 2025)
- Exhibit F: Notice of Entry (dated September 3, 2025)

11. A copy of this Notice of Removal will be filed with the Clerk of the Supreme Court of the State of New York, County of Kings, and served on all parties to the State Action pursuant to Federal Rule of Bankruptcy Procedure 9027(b).

WHEREFORE, Tamir Norton respectfully requests that the State Action be removed to this Court and for such other and further relief as the Court deems just and proper.

Dated: February 6, 2026
New York, New York

                                                          NARISSA A. JOSEPH, ESQ.

*/s/ Narissa A. Joseph*
Narissa A. Joseph, Esq.

305 Broadway, Suite 1001
New York, New York 10007
Tel: (212) 233-3060
Fax: (646) 607-3335
Email: njosephlaw@aol.com
Attorney for Tamir Norton