# EXHIBIT 2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

------------------------------------------------------------------------x

ECP PROPERTY II LLC,                                                    Index No. 502651/2022

                                   Plaintiff,

                    -against-

JOSEPH S. NORTON, 29 KERMIT PLACE LLC, 31          **NOTICE OF SETTLEMENT**
KERMIT OWNER LLC, 35 KERMIT PLACE LLC,
771 HOPKINSON BOYLAND LLC, TAMEKA
NORTON, NOEL NORTON, TAMIR NORTON and
DOE, INC. 1 through 10 and JOHN AND/OR JANE
DOES 1 through 10,

                                   Defendants.

------------------------------------------------------------------------x

S I R S :

        That an Order, of which the within is a true copy, will be presented for settlement to the Honorable

Joy Campanelli, one of the Justices of the within named Court, at Individual Assignment Part 6, at the

Courthouse thereof, 360 Adams Street, Brooklyn, New York, on August 29, 2023, at 9:30 A.M.

Dated: New York, New York
        August 23, 2023                          Yours, etc.,

                                                 STRASSBERG & STRASSBERG, P.C.
                                                 Attorneys for Plaintiff

                                                 By: s/Todd Strassberg_____
                                                        Todd Strassberg, Esq.
                                                 23 Kolbert Drive
                                                 Scarsdale, New York 10583
                                                 (212) 736-9500
                                                 todd@strassbergpc.com


TO:     JOSEPH S. NORTON
        771 Thomas S. Boyland Street
        Brooklyn, NY 11212

        29 KERMIT PLACE LLC
        29 Kermit Place
        Brooklyn, NY 11218

31 KERMIT OWNER LLC
31 Kermit Place
Brooklyn, NY 11218

35 KERMIT PLACE LLC
35 Kermit Place
Brooklyn, NY 11218

771 HOPKINSON BOYLAND LLC
771 Thomas S. Boyland Street
Brooklyn, NY 11212

TAMEKA NORTON
787 Saratoga Avenue
Brooklyn, NY 11212

NOEL NORTON
787 Saratoga Avenue
Brooklyn, NY 11212

TAMIR NORTON
771 Thomas S. Boyland Street
Brooklyn, NY 11212

CARLOTTA NORTON
771 Thomas S. Boyland Street
Brooklyn, NY 11212

SMART KIDS R US, INC.
29 Kermit Place
Brooklyn, NY 11218

JEHOVAH-JIREH EL SHADDEI, LLC
c/o Joseph Norton
771 Thomas S. Boyland Street
Brooklyn, New York 11212

Jehovah-Jireh El Shaddei, LLC
c/o Atlas Affiliates, LLC
1700 Swanson – Lot 190
Rock Springs, WY 82901

Law Office of Narissa A. Joseph
305 Broadway Ste 1001
New York, NY 10007

Karamvir Dahiya
Dahiya Law Group LLC
75 Maiden Lane, Suite 606
New York, NY 10038

JOHN DOES 1 THROUGH 10
These names being fictitious and unknown to Plaintiff, and representing the tenants, occupants, persons, or corporations, if any, having or claiming an interest in or lien upon the real property described in the Complaint.

At an IAS Part 6 of the Supreme
Court of the State of New York
held in and for the County of Kings
at the Courthouse, 360 Adams Street,
Brooklyn, New York on the **14** day
of **September**, 2023

PRESENT:

     HON. JOY CAMPANELLI,

          Justice.

------------------------------------------------------------------------x    Index No. 502651/2022

ECP PROPERTY II LLC,

                            Plaintiff,    **ORDER GRANTING**
                                        **PRELIMINARY INJUNCTION,**

      -against-                     **ATTACHMENT PURSUANT TO**
                                        **CPLR ARTICLE 62, AND LEAVE**
                                        **FOR PLAINTIFF TO FILE A**

JOSEPH S. NORTON, 29 KERMIT PLACE LLC, 31     **SUPPLEMENTAL SUMMONS**
KERMIT OWNER LLC, 35 KERMIT PLACE LLC,     **AND AMENDED COMPLAINT**
771 HOPKINSON BOYLAND LLC, TAMEKA
NORTON, NOEL NORTON, TAMIR NORTON and
DOE, INC. 1 through 10 and JOHN AND/OR JANE
DOES 1 through 10,

                            Defendants.

------------------------------------------------------------------------x

     Upon reading the annexed motion of Plaintiff ECP Property II, LLC ("ECP") and upon the

Affirmation of Todd Strassberg, Esq. of Strassberg & Strassberg, P.C., counsel for ECP, dated

May 22, 2023, and the exhibits attached thereto, and upon the Affidavit of Nathan Cann, sworn to

on April 14, 2023, and the exhibits attached thereto, and upon the Emergency Affidavit of Todd

Strassberg, Esq. of Strassberg & Strassberg, P.C., dated May 22, 2023, and upon the Memorandum

of Law submitted by ECP, dated May 22, 2023, and upon the Memorandum of Law submitted by

ECP, dated July 5, 2023 addressing the inapplicability of the bankruptcy stay to other Defendants

herein, and upon the pleadings and papers heretofore filed herein;

AND, the Court having issued an Order to Show Cause with a Temporary Restraining

Order (the "TRO") (NYSCEF DOC. NO. 66) dated May 23, 2023, which required defendants to

show cause why the following relief should not be granted:

> ORDERED, pending a hearing that the Defendants, their agents, servants, and employees, and those persons in active concert or participation with them (who receive actual notice of this Order in any manner, or if served as directed herein) are temporarily restrained and enjoined from assigning, disposing of, encumbering, secreting, or removing from the state any of their real or personal property, other than as may be agreed to in writing by ECP; and further
>
> …
>
> Let ECP show cause before this Court, at I.A.S. Part 6, Room 525 of the Supreme Court of the State of New York, at the Courthouse, 360 Adams Street, Brooklyn, New York on June 7, 2023 at 9:30a.m., why an order: (1) granting a preliminary injunction enjoining Defendants from transferring or further encumbering any real property and permitting plaintiff to file or index a copy of this order with the Kings County Clerk's Office; (2) issuing a prejudgment attachment on the Defendants' real property and bank accounts, including, but not limited to the bank accounts in which proceeds were traced from the judgment debtor's TD Bank account to TD Bank accounts for Defendant 35 Kermit Place LLC ("35 Kermit") and from 35 Kermit to proposed Defendant Smart Kids R Us, Inc. ("Smart Kids") and from Smart Kids to Defendants Tameka Norton, a Capital One bank account owned Defendant Tamir Norton, and an Investors Bank account for proposed Defendant Jehovah-Jireh El Shaddei, LLC; (3) allowing ECP to file an Amended and Supplemental Complaint; and (4) granting such other, further, and different relief as the Court may deem just and proper

AND, ECP having filed proof of service that all Defendants and proposed Defendants were

served in accordance with the TRO, and

AND, the Defendants having filed notices of a Ch. 13 Bankruptcy filed by Defendant

Joseph Norton (the "Bankruptcy Action") in the United States Bankruptcy Court for the Eastern

District of New York (the "<u>Bankruptcy Court</u>") on May 25, 2023, Case No. 1-23-41862 (i.e., *after*

service of the TRO upon him) on behalf of Joseph Norton on June 6, 2023, and on behalf of the

remaining Defendants on June 7, 2023, wherein the Defendants represented by Karam Dahiya

argued the action is stayed as to all Defendants, and the Court having issued an interim order (the

"<u>Interim Order</u>") ([NYSCEF DOC. NO. 115](#)) dated June 7, 2023 continuing the hearing date as

follows:

> The Motion is adjourned to July 12, 2023 at 9:30am.
> The temporary restraining order in the May 23, 2023 Order is
> continued to July 12, 2023.
> The plaintiff is to file a brief on the issue of the scope of the
> bankruptcy stay on or before July 5, 2023.

AND, the Bankruptcy Court having issued an order to show cause why the Bankruptcy

Action should not be dismissed due to Joseph Norton's failure to file schedules and other required

statements, which show cause hearing is set to be heard on September 11, 2023 ([ECF Doc. No. 16](#)

[in the Bankruptcy Action](#));

AND, ECP having complied with the Interim Order and filed a memorandum of law

addressing the issue of applicability of a stay to the other defendants in the context of a Chapter

13 bankruptcy on or before July 5, 2023;

AND, ECP having appeared in Court on July 12, 2023, in support of the motion and the

Defendants and potential Defendants having defaulted and failed to appear or submit any

opposition to this motion, this Court having issued an Order ([NYSCEF DOC. NO. 118](#)) dated July

12, 2023, which states as follows:

> Motion for relief sought in Order to Show Cause dated May 23, 2023
> (Docket Entry No. 66) is granted on default. Settle order on notice.
> All stays and/or injunctions remain in effect. Defendant Joseph
> Norton filed a Chapter 13 petition in bankruptcy (USBC:EDNY

Case No. 1-23-41862-ESS) after service of the Order to Show Cause staying as to Joseph Norton only, this action until such time as that case is dismissed.

NOW, THEREFORE, on the motion of Strassberg & Strassberg, P.C. and Friedberg, PC, attorneys for ECP; it is hereby

**ORDERED**, that the Defendants, their agents, servants, and employees, and those persons in active concert or participation with them (who receive actual notice of this Order in any manner, or if served as directed herein) are enjoined from assigning, disposing of, encumbering, secreting, or removing from the state any of their real or personal property, other than as may be agreed to in writing by ECP; and it is further

**ORDERED** that the Defendants' real and personal property is attached pending entry of a final judgment in this action pursuant to CPLR Article 62, in the amount of $1,643,260.04, which the total amount due and owing to ECP from Defendant/Judgment Creditor Joseph Norton, Judgment Creditor Riverrock Nehemiah Realty, LLC, and Judgment Creditor Guytech Management Services, Inc., pursuant to a *Judgment* (NYSCEF DOC. NO 77) entered by the Clerk of Court of the Supreme Court of the State of New York in Kings County on July 6, 2017, in the litigation styled *ECP Property II LLC v. Riverrock Nehemiah Realty LLC, et al.*, Index Number 3763/12, and which amount is inclusive of $1,058,746.70 in judgment principal and $584,513.34 in post-judgment interest from July 6, 2017 through August 23, 2023, with post-judgment interest continuing to accrue at the rate of $261.06 from August 24, 2023 until the Judgment is paid in full; and it is further

**ORDERED** that ECP is directed to levy upon these assets pursuant to the guidelines of Article 62 [*see* CPLR §§ 6214-6216], including bank accounts held by the Defendants and

proposed Defendants with TD Bank (including those with account numbers ending in 2053 (NYSCEF DOC. NO. 80), 7453 (NYSCEF DOC. NO. 82), 8718 (NYSCEF DOC. NO. 86), 0548 (NYSCEF DOC. NO. 87), and 9734); Capital One Bank, N.A. (including those with account numbers ending in 6110 (NYSCEF DOC. NO. 86)) and Investors Bank (including those with account numbers ending with 2031 (NYSCEF DOC. NO. 87)); and it is further

**ORDERED** that ECP is directed to levy, pursuant to CPLR § 6216, upon all real property owned by the Defendants, in Kings County, New York, including the real property located at the following addresses: 29 Kermit Place, Brooklyn, New York 11218 (owned by Defendant 29 Kermit Place LLC); 31 Kermit Place, Brooklyn, New York 11218 (owned by Defendant 31 Kermit Owner LLC); 35 Kermit Place, Brooklyn, New York 11218 (owned by Defendant 35 Kermit Place LLC); and 771 Thomas S. Boyland Street, Brooklyn, New York 11212 (owned by Defendant 771 Hopkinson Boyland LLC); and it is further

**ORDERED** that ECP is authorized to apply to the Court, with notice to the Defendants, for issuance of such other orders as may be necessary and appropriate in order to carry out the mandate of this Court; and the Defendants are authorized to apply to the Court, with notice to ECP, for modification of this Order as may be necessary and appropriate; and it is further

**ORDERED** that ECP post a bond in the amount of $5,000,000.00 **(five million dollars)**; and it is further

**ORDERED** that this action is stayed only as to Defendant Joseph S. Norton until such time as the Bankruptcy Action is dismissed or otherwise resolved, and that this action shall be reinstated as to Defendant Joseph S. Norton immediately upon dismissal of the Bankruptcy Action, to the extent that the debt reflected in the Judgment underlying this action is not discharged; and it is further

**ORDERED** that ECP be authorized to file and serve the *Supplemental Summons* and *Amended and Supplemental Complaint* in substantially the same form attached to the Motion, within 14 days of entry of this Order; and it is further

**ORDERED** that service of this Order be made upon: Karamvir Dahiya, Esquire, who appeared counsel for Joseph S. Norton, 29 Kermit Place LLC, 31 Kermit Owner LLC, 35 Kermit Place LLC, 771 Hopkinson Boyland LLC, Tameka Norton, Noel Norton, and Tamir Norton, by Federal Express next day delivery, which shall be deemed good and sufficient service; an affidavit or other proof of service shall be presented to the Court; and upon proposed Defendants Smart Kids R Us, Inc., Jehovah-Jireh El Shaddei, LLC, and Carlotta Norton, by Federal Express next day delivery, which shall be deemed good and sufficient service; with an affidavits or other proof of service shall be presented to the Court by e-filing; and upon TD Bank, Capital One Bank, N.A., and Investors Bank, by personal delivery; with an affidavit or other proof of service presented to the Court by e-filing.

Dated: Brooklyn, New York
XXXXXXXXXXXXX, 202X

E N T E R

_____
Joy F. Campanelli, J.S.C.