# EXHIBIT 4

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER |  |
|---|---|
| This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | **2025073100835001001E6FE7** |

## RECORDING AND ENDORSEMENT COVER PAGE  PAGE 1 OF 4

**Document ID:** 2025073100835001  **Document Date:** 06-26-2025  **Preparation Date:** 07-31-2025
**Document Type:** DEED
**Document Page Count:** 3

| PRESENTER: | RETURN TO: |
|---|---|
| BETA ABSTRACT LLC<br>300 GARDEN CITY PLAZA<br>SUITE 222<br>GARDEN CITY, NY 11530<br>516-208-8707<br>ACRIS@BETAABSTRACT.COM | BETA ABSTRACT LLC<br>300 GARDEN CITY PLAZA<br>SUITE 222<br>GARDEN CITY, NY 11530<br>516-208-8707<br>ACRIS@BETAABSTRACT.COM |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 3587 | 23 | Entire Lot | 771 THOMAS S BOYLAND ST |

**Property Type:** DWELLING ONLY - 6 FAMILY

### CROSS REFERENCE DATA

CRFN_____ or DocumentID_____ or _____Year_____Reel____Page_____ or File Number_____

### PARTIES

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| 771 HOPKINSON BOYLAND LLC<br>771 THOMAS S BOYLAND ST<br>BROOKLYN, NY 11212-4467 | DEBRA ANN BURNETTE<br>771 THOMAS S BOYLAND ST<br>BROOKLYN, NY 11212-4467 |

### FEES AND TAXES

| Mortgage: | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 250.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 28,875.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 4,400.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 52.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed  08-06-2025 15:55
City Register File No.(CRFN):
2025000210754

*City Register Official Signature*

— Bargain and Sale Deed, with Covenant against Grantor's Acts — Individual or Corporation (Single Sheet)

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

THIS INDENTURE, made the 26TH day of June, in the year 2025

BETWEEN 771 Hopkinson Boyland LLC, with an address 771 Thomas S Boyland Street, Brooklyn, NY 11212

party of the first part, and Debra Ann Burnette with an address at 134 East 91ST Street Brooklyn, NY 11212
party of the second part,

WITNESSETH, that the party of the first part, in consideration of

Ten ($10.00) dollars
paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the

SEE SCHEDULE "A" ATTACHED

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.
AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

_____          _____
                                         771 HOPKINSON BOYLAND LLC
                                         by: Tamir Y. Norton, Manager

_____          _____

## ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE

State of New York, County of Kings, ss:

On the 26TH day of June in the year 2025, before me, the undersigned, personally appeared TAMIR Y. NORTON

, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

*[Notary seal: STACEY ROVNER, STATE OF NEW YORK, NOTARY PUBLIC, Qualified in Nassau County, 01RO6084212, MY COMMISSION EXPIRES DECEMBER 2, 2026]*

## ACKNOWLEDGEMENT BY SUBSCRIBING WITNESS TAKEN IN NEW YORK STATE

State of New York, County of    , ss:

On the    day of    in the year    , before me, the undersigned, a Notary Public in and for said State, personally appeared     , the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in

(if the place of residence is in a city, include the street and street number if any, thereof); that he/she/they know(s)

to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said

execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto

## ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE

State of New York, County of    , ss:

On the    day of    in the year    , before me, the undersigned, personally appeared

, personally known to me, or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

## ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK STATE

*State of    , County of    , ss:
*(Or insert District of Columbia, Territory, Possession or Foreign County)

On the    day of    in the year    , before me    the undersigned personally appeared

Personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual make such appearance before the undersigned in the

(add the city or political subdivision and the state or country or other place the acknowledgement was taken).

# Bargain and Sale Deed
# With Covenants

SECTION: 12
BLOCK: 3587
LOT: 23
COUNTY OR TOWN: KINGS

**Title No.**

771 HOPKINSON BOYLAND LLC
TO
DEBRA ANN BURNETTE

**DISTRIBUTED BY**

YOUR TITLE EXPERTS
**The Judicial Title Insurance Agency LLC**
**800-281-TITLE (8485) FAX: 800-FAX-9396**

**RETURN BY MAIL TO:**

Thomas & Spikes, esqs.
Attorney for Buyers
111 Court St, 2R
Brooklyn, N.Y. 11201
(718) 852 1899



## SCHEDULE A
## LEGAL DESCRIPTION

Issuing Office File No. BNY-15701

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, known and designated on the Tax Map of the City of New York for the Borough of Brooklyn as Section 12 Block 3587 Lot 23, known as 771 Hopkinson Avenue.

Said premises is also described according to survey made by Gurdatbhagroo P.L.S. dated 12/13/00 as follows:

BEGINNING at a point on the easterly side of Thomas Boyland Street distant 150 feet 2 3/4 inches south from the intersection of the southerly side of Livonia Avenue and the easterly side of Thomas Boyland Street (Hopkinson Avenue);

RUNNING THENCE easterly parallel with Livonia Avenue 100.00 feet to a point;

THENCE southerly parallel with Thomas Boyland Street, 25.00 feet;

THENCE westerly parallel with Livonia Avenue, 100.00 feet to the easterly side of Thomas Boyland Street;

THENCE North along the easterly side of Thomas Boyland Street, 25.00 feet to the point or place of BEGINNING.

**FOR CONVEYANCING ONLY, IF INTENDED TO BE CONVEYED: TOGETHER WITH ALL RIGHT, TITLE AND INTEREST OF, IN AND TO ANY STREETS, ROADS, OR AVENUES ABUTTING THE ABOVE DESCRIBED PREMISES, TO THE CENTER LINE THEREOF.**



| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2025073100835001001SA166 |
|---|---|
| **SUPPORTING DOCUMENT COVER PAGE** | **PAGE 1 OF 1** |

**Document ID:** 2025073100835001  Document Date: 06-26-2025  Preparation Date: 07-31-2025
Document Type: DEED

**ASSOCIATED TAX FORM ID:**   2025062500508

**SUPPORTING DOCUMENTS SUBMITTED:**

| | Page Count |
|---|---|
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 2 |

# AFFIDAVIT OF COMPLIANCE
## WITH SMOKE DETECTOR REQUIREMENT
## FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York  
County of Kings } SS.:

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

**771 THOMAS S BOYLAND ST**, ,  
Street Address Unit/Apt.

**BROOKLYN** New York, **3587** **23** (the "Premises");  
Borough                          Block    Lot

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

771 Hopkinson Boyland LLC  
Name of Grantor (Type or Print)

Debra Ann Brattle  
Name of Grantee (Type or Print)

Signature of Grantor

Signature of Grantee

Sworn to before me this ___ day of June, 20__

Sworn to before me this ___ day of June, 20__

STACEY ROVNER  
STATE OF NEW YORK  
NOTARY PUBLIC  
Qualified in Nassau County  
01RO6084212  
MY COMMISSION EXPIRES DECEMBER 2, 2026

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

2025062500508101

# REAL PROPERTY TRANSFER REPORT
## STATE OF NEW YORK
## STATE BOARD OF REAL PROPERTY SERVICES
## RP - 5217NYC

**FOR CITY USE ONLY**
- C1. County Code: [ ]
- C2. Date Deed Recorded: [ / / ] Month/Day/Year
- C3. Book: [ ]
- C4. Page: [ ]
- C5. CRFN: [ ]

### PROPERTY INFORMATION

**1. Property Location**
- Street Number: 771
- Street Name: THOMAS S BOYLAND ST
- Borough: BROOKLYN
- Zip Code: 11212

**2. Buyer Name**
- Last Name / Company: BURNETTE
- First Name: DEBRA ANN

**3. Tax Billing Address** (Indicate where future Tax Bills are to be sent if other than buyer address at bottom of form)

**4. Indicate the number of Assessment Roll parcels transferred on the deed:** 1 # of Parcels
- 4A. Planning Board Approval - N/A for NYC
- 4B. Agricultural District Notice - N/A for NYC

**5. Deed Property Size:** [ ] Front Feet X [ ] Depth OR [ ] Acres

- 6. Ownership Type is Condominium: [ ]
- 7. New Construction on Vacant Land: [ ]

**8. Seller Name**
- Last Name / Company: 771 HOPKINSON BOYLAND LLC

**9. Check the box below which most accurately describes the use of the property at the time of sale:**
- A. One Family Residential
- B. 2 or 3 Family Residential
- C. Residential Vacant Land
- D. Non-Residential Vacant Land
- E. Commercial
- F. [X] Apartment
- G. Entertainment / Amusement
- H. Community Service
- I. Industrial
- J. Public Service

### SALE INFORMATION

**10. Sale Contract Date:** 5 / 29 / 2025

**11. Date of Sale / Transfer:** 6 / 26 / 2025

**12. Full Sale Price:** $ 1,100,000

(Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) Please round to the nearest whole dollar amount.

**13. Indicate the value of personal property included in the sale:** [ ]

**14. Check one or more of these conditions as applicable to transfer:**
- A. Sale Between Relatives or Former Relatives
- B. Sale Between Related Companies or Partners in Business
- C. One of the Buyers is also a Seller
- D. Buyer or Seller is Government Agency or Lending Institution
- E. Deed Type not Warranty or Bargain and Sale (Specify Below)
- F. Sale of Fractional or Less than Fee Interest (Specify Below)
- G. Significant Change in Property Between Taxable Status and Sale Dates
- H. Sale of Business is Included in Sale Price
- I. Other Unusual Factors Affecting Sale Price (Specify Below)
- J. [X] None

### ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

**15. Building Class:** C 2

**16. Total Assessed Value (of all parcels in transfer):** 18,069

**17. Borough, Block and Lot / Roll Identifier(s)** (If more than three, attach sheet with additional identifier(s))
- BROOKLYN 3587 23

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. |

| BUYER | | BUYER'S ATTORNEY | |
|---|---|---|---|
| *Deloris Ann B____* | 6·26·25 | PaulAlen | Rawle |
| BUYER SIGNATURE | DATE | LAST NAME | FIRST NAME |
| 771 THOMAS S BOYLAND ST | | 718 | 852 1899 |
| STREET NUMBER   STREET NAME (AFTER SALE) | | AREA CODE | TELEPHONE NUMBER |

| | | | SELLER | |
|---|---|---|---|---|
| BROOKLYN | NY | 11212-4467 | *[signature]* | 6·26·25 |
| CITY OR TOWN | STATE | ZIP CODE | SELLER SIGNATURE | DATE |

2025062500508201